1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Sansome Street, Suite 600
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 NORTHWEST ADMINISTRATORS, INC.   )    NO.  C 05 0806 CW
                                    )
12              Plaintiffs,         )    ORDER TO CONTINUE CASE
                                    )    MANAGEMENT CONFERENCE
13      vs.                         )
                                    )
14 CRESCENT TRUCK LINES, INC., etc. )
                                    )
15                                  )
                Defendant.          )
16 _____)

17         IT IS ORDERED that the Case Management Conference in this

18 case set for August 12, 2005 be continued to October 14, 2005 at

19 1:30 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA

20 94612.

21                                       /s/ CLAUDIA WILKEN

22 Dated:   8/9/05_____
   _____
23                                       Judge Claudia Wilken

24

25

26

27

28


ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE