```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRESCENT TRUCK LINES, INC., etc. <br><br> Defendant. | NO. C 05 0806 CW <br><br> STIPULATION FOR <br> <u>DISMISSAL; ORDER</u> |

It is hereby stipulated between the parties that the above entitled action be dismissed with prejudice.

Dated: September 6, 2005        ERSKINE & TULLEY

                                By: _____
                                    Michael J. Carroll
                                    Attorneys for Plaintiff

Dated: September 6, 2005        LITTLER MENDELSON

                                By: _____
                                    John M. Skonberg
                                    Attorney for Defendant

<u>STIPULATION FOR DISMISSAL; ORDER</u>
1

ORDER

It is so ordered.

Dated: 9/13/05

Judge Claudia Wilken

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Claudia Wilken, Judge Claudia Wilken]*

STIPULATION FOR DISMISSAL; ORDER
2